AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANTHONY L. McKINNEY,**

        **Petitioner,**

                         **JUDGMENT IN A CIVIL CASE**

**v.**

                         **CASE NO.  C2-09-498**
**WARDEN, WARREN**               **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL INSTITUTION,**    **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

        **Respondent.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed June 3, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 3, 2011                              JAMES BONINI, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk